UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * * *

Moline Machinery Ltd.,

Plaintiff,

vs. MINUTE ORDER

The Pillsbury Company,

Defendant. Civ. No. 00-2352 (MJD/RLE)

* * * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 1st day of August, 2001.

* * *

On August 1, 2001, the Court heard argument on the parties' stipulated agreement to extend certain of the pretrial deadlines in this matter. At the time of the Hearing, the Plaintiff appeared by Joseph J. Mihalek, Esq., and the Defendant appeared by Stephen P. Lucke, Esq. Good cause for the requested extensions having been shown, we issue this Order to memorialize the new deadlines.

NOW, THEREFORE, It is --

ORDERED:

1. That the period during which the parties may conduct discovery shall terminate on **September 28, 2001.**

2. That all non-dispositive Motions, other than those relating to the amendment of pleadings (that deadline having

FILED AUG 01 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

expired), shall be filed and the Hearing thereon completed **prior to November 1, 2001.**

3. That all dispositive Motions shall be filed and the Hearing thereon completed **prior to February 1, 2002**, and the case shall be "Ready for Trial" on **February 1, 2002, or 30 days after the Court renders its Order on any dispositive Motion (whichever is later)**, at which time the case will be place on the Court's **non-Jury Calendar.**

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE