UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Moline Machinery Ltd.,

Plaintiff,

vs. MINUTE ORDER

The Pillsbury Company,

Defendant. Civ. No. 00-2352 (MJD/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 29th day of March, 2002.

* * *

By Order dated December 21, 2001, we stayed these proceedings until the Defendant's Plan Administrators had exhausted an administrative review of the ERISA claims of certain of the Plaintiff's retirees, who were formerly employees of the Defendant, and we directed the parties to contact the Court when an administrative resolution of those claims was completed, in order that we could address the continued processing of this action to Trial. On March 29, 2002, counsel for the parties[1] jointly contacted the Court, and advised that the administrative review process had now been com-

[1]For these purposes, the Plaintiff appeared by Joseph J. Mihalek, Esq., and the Defendant appeared by Matthew E. Klein, Esq.

(23)

FILED MAR 29 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

pleted. Accordingly, the Stay granted by our Order of December 21, 2002, is now lifted.

The parties further advised that they each intend to file dispositive Motions with the District Court, the Honorable Michael J. Davis presiding, and we directed counsel to contact the District Court's Calendar Clerk for the purpose of securing a Hearing date for those cross-Motions. Further, we directed that counsel "meet and confer" on an appropriate briefing schedule, once a Hearing date is secured. Should counsel be unable to establish a briefing schedule, they are directed to promptly return to this Court for a resolution of that issue. Lastly, we draw D. Minn. LR7.1(b)(2), Local Rules of this Court, to the parties attention, as that Rule details the procedures for the preparation, and submission of dispositive Motions.

NOW, THEREFORE, It is --

ORDERED:

That the Stay imposed by the Court's Order of December 21, 2001, is now LIFTED.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE