UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Moline Machinery Ltd.,

Plaintiff,

vs.

NOTICE OF RULE 16
PRETRIAL/STATUS CONFERENCE

The Pillsbury Company,

Defendant.

Civ. No. 00-2352 (MJD/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 22nd day of May, 2002.

* * *

The above-entitled case is deemed Ready for Trial. A Rule 16 Pretrial/Status Conference is scheduled for **Monday, June 3, 2002, at 11:00 a.m.**, before Magistrate Judge Raymond L. Erickson, in Courtroom No. 3, Fourth Floor, United States Courthouse, 515 W. First St., Duluth, Minnesota.

BY THE COURT:

Raymond L. Erickson

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

FILED MAY 22 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK MW