UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No.: 00-2352 (MJD/RLE)

MOLINE MACHINERY, LTD.

Plaintiff,

v.

**ORDER OF REFERRAL**

THE PILLSBURY COMPANY,

Defendant.

---

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B) that United States Magistrate Judge Raymond L. Erickson is designated to conduct hearings and submit proposed findings of fact and recommendations of law on any dispositive motions (including motions to dismiss or for summary judgment) which may be filed in this matter. Any such motions shall be noticed for hearing before Magistrate Judge Raymond L. Erickson.

Dated: 7-15-02

Michael J. Davis, Judge
United States District Court

FILED JUL 15 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK