UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Moline Machinery Ltd.,

Plaintiff,

vs. MINUTE ORDER

The Pillsbury Company,

Defendant. Civ No. 00-2352 (MJD/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 18th day of July, 2002.

* * *

On July 17, 2002, the Court heard argument on the Defendant's Informal Motion for a Briefing Schedule; the matter having been referred to us by the District Court, the Honorable Michael J. Davis presiding. At the time of the Hearing, the Plaintiff appeared by Joseph J. Mihalek, Esq., and the Defendant appeared by Steven P. Lucke, Esq. For the reasons stated at the Hearing, and briefly reiterated here, we grant the Defendant's Motion.

In May of 2002, the parties reached an agreement as to the briefing schedule for dispositive Motions, which required that all dispositive Motions be served on, or before, May 31, 2002; all responses be served twenty-eight days after the filing of such a dispositive Motion; and all replies be served within 10 days after

FILED JUL 18 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(32)

the service of a response. Thereafter, the parties did serve Motions, with the Plaintiff "serving a [M]otion to remand/amend" on May 23, 2002, and the Defendant serving its Motion for Summary Judgment on May 31, 2002. According to the Defendant, in its response of July 1, 2002, to the Defendant's Motion for Summary Judgment, the Plaintiff not only opposed the Defendant's Motion, but also asked that Summary Judgment be granted in the Plaintiff's favor, and served its own Motion for Summary Judgment, in conjunction with its Response to the Defendant's Motion.

While the Defendant concedes that there is substantial overlap between the parties' cross-Motions for Summary Judgment, it nonetheless maintains that the Plaintiff's Motion raises new issues, and it has requested that it be permitted to serve a responsive memorandum within twenty-eight days after it was served with the Plaintiff's Motion, as had earlier been agreed upon. The Plaintiff, however, contends that the Defendant should only be permitted to serve a Reply brief, and not a Response, and that the Defendant should serve that Reply by July 19, 2001. Given the parties' inability to agree on this issue, the Defendant sought an Order from the Court permitting it to serve a Response to the Plaintiff's Motion for Summary Judgment on August 1, 2002, and to simultaneously serve its Reply to the Plaintiff's Response to the Defendant's Motion for Summary Judgment.

While we are somewhat disadvantaged in considering the Defendant's request, since the parties' dispositive Motion papers have yet to be filed with the Court, and we can make no independent judgment about the degree to which the issues in the parties' Motions overlap, we conclude that the Defendant has made a sufficient showing that it should be permitted to respond to the issues raised by the Plaintiff's Motion for Summary Judgment, and we conclude that the deadline of August 1, 2002, which the Defendant has suggested, is appropriate. Frequently, a Summary Judgment Motion as to one issue precipitates a cross-Motion on a related, but distinctly separate issue. Here, the Plaintiff has filed an additional Affidavit with its newly filed Motion for Summary Judgment, which suggests some newness in the specific issues that the Plaintiff now advances. In the long run, if we err in this judgment, we do little more than burden ourselves with additional reading -- a small price to pay for being fully informed.

NOW, THEREFORE -- It is

ORDERED:

1. That the Defendant's informal Motion is GRANTED, and the Defendant shall serve, on the Plaintiff, and file with the Court, its Response to the Plaintiff's Motion for Summary Judgment, and its Reply to the Plaintiff's Response to the Defendant's Motion for Summary Judgment, by no later than **August 1, 2002**.

2. That the Plaintiff shall serve on the Defendant, and file with the Court, its Reply to the Defendant's Response to the Plaintiff's Motion for Summary Judgment, by no later than ten (10) days after it is served with the Defendant's Response and Reply Memorandum.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE